THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW E. KALBACH, as Receiver of the Property of the Second Avenue Railroad Company in the City of New York, Relator, v. STATE TAX COMMISSION OF THE STATE OF NEW YORK, Respondent.— Motion granted.

In the Matter of the Claim of E. I. DU PONT DE NEMOURS POWDER COMPANY against the CITY OF NEW YORK, under Section 42, Chapter 724 of the Laws of 1905, as Amended by Section 9, Chapter 314 of the Laws of 1906. (Business Damage Commission No. 3.)— Motion for reargument denied. Decision amended to read as follows: Order of confirmation reversed, without costs of appeal, award vacated, and matter remitted to the Special Term to appoint commissioners. Opinion by Henry T. Kellogg, J. All concur. [See 189 App. Div. 376.]

PUBLIC SERVICE COMMISSION, SECOND DISTRICT, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order unanimously affirmed, with costs.

BARNEY WHITE, Respondent, v. JOSEPH WHITE, Appellant.— Judgment unanimously affirmed, with costs. Lyon, J., not voting, not being a member of the court. Kiley, J., not sitting.